# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2732

_____

| | | |
|---|---|---|
| William H. Viehweg, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Susan H. Mello, | * | |
| | * | [UNPUBLISHED] |
| Appellee, | * | |
| | * | |
| Grace E. Fuentes; Lloyd J. Vasquez, Jr., | * | |
| | * | |
| Movants. | * | |

_____

Submitted:  October 7, 1999

Filed:   October 18, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

William H. Viehweg appeals the district court's[1] adverse grant of summary judgment in his diversity legal malpractice action against attorney Susan Mello.  Mr.

_____

[1]The Honorable Thomas C. Mummert, III, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Viehweg alleged Ms. Mello breached her fiduciary duty and acted negligently when she withdrew from representing him in an action against his former employer. Upon de novo review, see Kunferman v. Ford Motor Co., 112 F.3d 962, 965 (8th Cir. 1997), we conclude summary judgment was proper. We believe an extended opinion is unnecessary, and we affirm the judgment of the district court. See 8th Cir. R. 47B.

We deny all pending motions on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.